Opinion issued April 25, 2017



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00035-CV

———————————

## IN RE SEASCAPE OWNERS ASSOCIATION, INC., AND HOME DEPOT USA, INC. D/B/A THE HOME DEPOT, Relators

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relators, Seascape Owners Association, Inc. ("Seascape") and Home Depot

USA, Inc. d/b/a The Home Depot ("Home Depot"), filed a petition for writ of

mandamus seeking to compel the respondent trial judge to vacate the October 10,

2016 order granting the plaintiffs' motion for new trial.[1] This Court's January 19,

---

[1] The underlying case is *Julie Dow, Individually, And as Executrix of the Estate of David Holden Gasser, Deceased; Karen Ragland, Heir at Law of the Estate of David Holden Gasser, Deceased; and Virginia Wonderly, Heir at Law of the Estate*

2017 Order, among other things, requested a response to the petition by the real parties in interest, which was filed by them on March 22, 2017.

On March 3, 2017, relator Home Depot had filed a letter with this Court stating that it is no longer a party to this mandamus petition because it was not seeking any relief from this Court, which we construe as a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). While there was no certificate of conference with Home Depot's motion, it indicated that the motion was served on all counsel of record, and while it has been on file with this Court for more than 10 days, no party has opposed the motion. *See id.* 10.1(a)(5), 10.3(a)(2).

On April 12, 2017, relator Seascape filed an "Agreed Motion to Dismiss Because of Settlement," noting that Home Depot already withdrew, and stating that Seascape and the real parties in interest have settled all issues. Seascape attached a certificate of conference stating that counsel for the real parties in interest agrees with this motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). Thus, Seascape requests dismissal of this mandamus petition and further requests that each party bear its own costs. *See id.* 42.1(a)(1), (d). No opinion has issued. *See id.* 42.1(c).

---

*of David Holden Gasser, Deceased v. Home Depot USA, Inc. d/b/a The Home Depot, et al.*, Cause No. 13-CV-0895, pending in the 122nd District Court of Galveston County, Texas, the Honorable John Ellisor presiding.

Accordingly, we **grant** the relators' motions to dismiss the petition for writ of mandamus as moot, with each party to bear its own costs. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f).

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Massengale.